**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2198**

_____

HENRY V. HEARD,

        Plaintiff - Appellant,

     v.

JANET VESTAL KELLY, Secretary of Health and Human Resource; HAMPTON JUVENILE AND DOMESTIC RELATIONS; DIVISION OF CHILD SUPPORT ENFORCEMENT AGENCY; SHERIFF OFFICE OF NEWPORT NEWS, VIRGINIA,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00651-DJN)

_____

Submitted:  March 26, 2026                                        Decided:  March 30, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry V. Heard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry V. Heard appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Heard v. Kelly*, No. 3:25-cv-00651-DJN (E.D. Va. Sep. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*